DocuSign Envelope ID: 6A479376-87B1-48B4-80A8-553BAE2EC01E



**HELLOFOOD Purchase Order**

DATE: 2/8/2022
PO #: MECO-001

| VENDOR | SHIP TO |
|---|---|
| MECO<br>627 Main St.<br>Longmont, CO 80501<br>Isaac Olson<br>720-899-2352 | Aaron VandenBroeke<br>HELLOFOOD<br>1338 1st St.<br>Denver, CO 80204<br>Phone: (720) 792-1200 |



| REQUISITIONER | PAYMENT TERMS |
|---|---|
| Amy Arnold/Aaron VandenBroeke | CO Net-30 |

| ITEM # | DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 860005803804 | Cheesy Bits - Cheddar (2oz) | 3000 | $ 25.50 | $ 76,500.00 |
| 860005803811 | Cheesy Bits - Jalapeno Cheddar (2oz) | 1000 | $ 25.50 | $ 25,500.00 |
| 860005803828 | Cheesy Bits - Bacon Cheddar (2oz) | 1000 | $ 25.50 | $ 25,500.00 |
|  |  |  |  | $ - |
|  |  |  | **TOTAL** | **$ 127,500.00** |

**Comments or Special Instructions**
This PO represents the annual quantity we will order for a 12-month time frame February 2022 through January 2023

*Aaron VandenBroeke*
Aaron VandenBroeke, Denver LLC F & B Manager

Alex B██████ ███████ ral Manager

DocuSigned by:
*Isaac Olson*
Isaac Olson, Co-Founder

*ken Allen*
D91793CBC4A644C...
Ken Allen, Purchasing Manager

EXHIBIT A