


On Wed, Jan 19, 2022 at 1:45 PM Amy Arnold <aarnold@meowwolf.com> wrote:
Hi Isaac,

I want to introduce myself - I'm a Buyer on the new(ish) Purchasing team for Meow Wolf. My focus is on F & B in each of our locations. I will be working closely with Aaron when it comes to writing bulk POs, negotiating costs, vendor collaborations, shipping, etc. Basically, anything behind the scenes!

Recently, Aaron submitted a request to sell your Cheesy Bits in our HELLOFOOD shop. I'm wondering, instead of a formal contract, if we could send a bulk order for the year on the amount you and Aaron agreed on, and then he can send regular release POs throughout the year? This PO would serve as a binding "contract" and that we would be buying, at least, the amount on this initial order.

Aaron and I will review numbers every 60-90 days to make sure we are on track with ordering and to make sure we will be utilizing the agreed upon quantity.

Let me know if you have any questions for us, and if this sounds like a feasible option for MECO! With a green light from you, we can send you a PO as soon as we get the sign off from Alex, the GM of Convergence Station.

Thanks so much! I'm based in Evergreen, so hopefully we can meet in person sometime!


--
**Amy Arnold**
Sr. Buyer - Purchasing
4001 Office Court Dr. Suite 905
Santa Fe, NM 87507
aarnold@meowwolf.com
219-381-4225



--
**Amy Arnold**
Sr. Buyer - Merchandise
4001 Office Court Dr. Suite 905
Santa Fe, NM 87507
aarnold@meowwolf.com
219-381-4225


EXHIBIT B

3

- Cheddar Cheesy Bits: 860005803804
- Jalapeno Cheesy Bits: 860005803811
- Bacon Cheesy Bits: 860005803828

Cheers,

**Isaac Olson**

Owner

MECO

(720) 899-2352

isaac@mecolongmont.com

https://mecolongmont.com/



On Fri, Jan 21, 2022 at 1:26 PM Amy Arnold <aarnold@meowwolf.com> wrote:
Hi Isaac!

Thanks for getting back to me. Can you let me know what your sku numbers are for each flavor?

Amy

On Wed, Jan 19, 2022 at 2:29 PM Isaac Olson <isaac@mecolongmont.com> wrote:
Hi Amy,

Nice to meet you and thank you for reaching out. We are excited to begin this journey with you all. We are more than happy to forgo the formal contract and agree upon a yearly PO. Please let me know if there is anything that you need from us in the meantime and I will make sure to reach right back out to you. As for starting this contract, we are good to go as early as next week for the first order, as long as everything on the yearly PO looks correct.

Thanks again and we would love to meet in person sometime. If you ever make it to Longmont, we would be more than happy to buy you a coffee at our shop. I hope you have a great rest of your week and I look forward to seeing the yearly PO and hearing from you soon.

Cheers,

**Isaac Olson**

Owner

MECO

(720) 899-2352

isaac@mecolongmont.com

https://mecolongmont.com/