

Isaac Olson <isaac@mecolongmont.com>

**Bulk PO Process**
1 message

Amy Arnold <aarnold@meowwolf.com>   Wed, May 4, 2022 at 8:26 AM
Cc: Aaron VandenBroeke <avandenbroeke@meowwolf.com>
Bcc: isaac@mecolongmont.com

Dear Valued Vendor,

I want to reiterate how our bulk PO process works. I know there has been some confusion expressed by some of you:

1. You should have all received a bulk PO from myself. This is a BINDING contract and quantity commitment that we will order from you throughout 2022 - 2023 (Please see comments section on the PO for more specific dates).

2. This is NOT an order we are paying for up front. We will be releasing orders from this bulk on a regular basis. The cafe will continue to order like they have been. You will then need to submit an invoice either physically with each shipment, or electronically to Aaron.

3. I will personally be keeping track of all orders to make sure we are in line/on track and will fulfill ordering ALL units from our bulk PO by the end of the year time frame.

Again, this is not one lump sum that we are purchasing up front.

Please let me know if you have any additional questions or if this did not clear up our new process for you.

Thanks!
--
**Amy Arnold**
Sr. Buyer - Food & Beverage
4001 Office Court Dr. Suite 905
Santa Fe, NM 87507
aarnold@meowwolf.com
219-381-4225



EXHIBIT C