**Aaron VandenBroeke** <avandenbroeke@meowwolf.com>   Fri, Jul 1, 2022 at 10:34 AM
To: Isaac Olson <isaac@mecolongmont.com>, Lindsey Penn <lindsey.penn@meowwolf.com>
Cc: Amy Arnold <aarnold@meowwolf.com>

Good morning! Below is an outline of our plan for the MECO PO ending in February, 2023.

We will not make any adjustments to the existing PO. This includes, keeping the original projected quantities.

Starting immediately, we will:

- adjust the price of each bag
- increase order quantities per week from 20, to 40
- move forward with the Hungry MECO Combo, which includes a bag of the guests choice with every Hungry Like a Wolf purchase
- **Hungry Like a Wolf is a GrabNGo Charcuterie Board of assorted meats, cheeses, veggies, etc.
- implement a hummus plate, which includes a bag of the guests choice

MW, LLC and MW, INC will partner together (utilizing the MW, INC Buying Team) to monitor weekly PO's and Sales. We strongly believe that this is the best solution. I will remind you that we did not agree to weekly order quantities. We also believe that the increase of weekly quantities will be organic with the right systems in place.

The first 40 count order will be placed tomorrow, 7/2, for delivery next week.

Please reach out to @Amy Arnold with any further questions or concerns.

Thank you, and have a great weekend!
[Quoted text hidden]

EXHIBIT D