IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

MONZU, LLC,

    Plaintiff,

v.

MEOW WOLF, INC., and
MW Denver, LLC,

    Defendants.

**PLAINTIFF'S DISCLOSURE STATEMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1(a)**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, and D.C.COLO.LCivR 7.4, Plaintiff, MONZU, LLC, by and through its attorney of record, states that Plaintiff does not have a parent corporation, and no publicly held corporation owns ten percent or more of Plaintiff's stock.

Dated: July 18, 2023

                                            Respectfully submitted,

                                            /s/ Jeffrey A. Land
                                            JEFFREY A. LAND (TN BPR# 15835)
                                            5865 Ridgeway Center Pkwy., Ste. 300
                                            Memphis, TN 38120
                                            Phone: 901.335.7228
                                            jeff@jefflandlaw.com

*Attorney for Plaintiff MONZU, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing has been filed electronically on the date affixed to this pleading by the Court's electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail and/or email. Parties may access this filing through the Court's electronic filing system.

/s/ Jeffrey A. Land
Jeffrey A. Land, Attorney at Law