AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLORADO

MONZU, LLC

*Plaintiff(s)*

v.

MEOW WOLF, INC., and
MW DENVER, LLC,

*Defendant(s)*

Civil Action No. 23-cv-01828-SP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MEOW WOLF, INC., 1338 1st Street, Denver, CO 80204
telephone 866-636-9969

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeffrey A. Land, 5865 Ridgeway Center Pkwy., Ste. 300, Memphis, TN 38120;
telephone 901-322-8220

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 07/19/2023

s/T.Gallagher

*Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF SERVICE

| Case: 23-cv-01828-SP | Court: IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF Colorado | County: , CO | Job: 9227625 |
|---|---|---|---|
| Plaintiff / Petitioner: MONZU, LLC | | Defendant / Respondent: MEOW WOLF, INC., AND MW DENVER, LLC | |
| Received by: Denver Process Servers LLC | | For: JEFFREY A. LAND ATTORNEY AT LAW | |
| To be served upon: MEOW WOLF, INC. | | | |

I, Melissa Brookstone, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Michael Burke, Security Supervisor, 1338 1st St, Denver, CO 80204

**Manner of Service:** Corporation, Jul 27, 2023, 1:38 pm MDT

**Documents:** Summons IN A CIVIL ACTION, COMPLAINT FOR BREACH OF CONTRACT AND MONETARY DAMAGES, EXHIBITS. (Received Jul 19, 2023 at 12:00pm MDT)

**Additional Comments:**
1) Unsuccessful Attempt: Jul 26, 2023, 1:45 pm MDT at 1338 1st St, Denver, CO 80204
Google Maps drove me right by the place, on Colfax, with no turn-in, to get there.

2) Successful Attempt: Jul 27, 2023, 1:38 pm MDT at 1338 1st St, Denver, CO 80204 received by Michael Burke, Security Supervisor. Age: 50; Ethnicity: Caucasian; Gender: Male; Weight: 180; Height: 5'9"; Hair: Gray; Other: goatee.;

_Melissa Brookstone_  7-28-23
Melissa Brookstone                Date

Denver Process Servers LLC
5711 W Kentucky Ave
Lakewood, CO 80226-4761
8006916219

Subscribed and sworn to before me by the affiant who is personally known to me.

_Chanelle Powell_
Notary Public

7-28-23       March 23, 2027
Date Signed    My Commission Expires (Date)

CHANELLE POWELL
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234011328
MY COMMISSION EXPIRES MARCH 23, 2027